No. 05–7330. CURIALE v. PETERSON ET AL. C. A. 10th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. ■

No. 05–7433. NIMMONS v. STAFFORD, SENIOR JUDGE, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA, ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 05A223. MINIX v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. Application for certificate of appealability, addressed to JUSTICE SOUTER and referred to the Court, denied.

No. 05A458. GRAVES v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ET AL. C. A. 9th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. 05M36. NELSON v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, ET AL.;

No. 05M37. ABBEY v. MERCEDES BENZ OF NORTH AMERICA, INC., ET AL.;

No. 05M38. SALAZAR v. YATES, WARDEN;

No. 05M39. WALLER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS;

No. 05M41. CHERRY v. RUMBAUGH;

No. 05M42. IN SOO KIM v. GONZALES, ATTORNEY GENERAL; and

No. 05M43. KRAMER v. UNITED STATES. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 05M40. PEDEN v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 05–83. WASHINGTON v. RECUENCO. Sup. Ct. Wash. [Certiorari granted, *ante,* p. 960.] Motion of respondent for appointment of counsel granted. Gregory C. Link, Esq., of Seattle, Wash., is appointed to serve as counsel for respondent in this case.